**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| AARON E. JODEH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK, L.L.C., a Colorado limited liability corporation,<br><br>Defendant. | Case No.: 1:23-CV-01546-NRN |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Aaron E. Jodeh enters a dismissal without prejudice as to all of Plaintiff's claims in their entirety for the above-entitled action. Each party shall bear his or its own fees and costs.

Date: September 20, 2023          Respectfully submitted,

          */s/ Thiago M. Coelho*
          Thiago M. Coelho
          **WILSHIRE LAW FIRM, PLC**
          3055 Wilshire Blvd., 12th Floor
          Los Angeles, CA 90010
          Telephone: (213) 318-9988
          Fax: (213) 318-9989
          thiago@wilshirelawfirm.com

          *Attoreny for Plaintiff*